Case 1:22-cv-00079-H    Document 8    Filed 07/07/22    Page 1 of 10    PageID 12

**FILED**
July 7, 2022
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2241 (Rev. 10/10)
ADOPTED BY THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

ABILENE DIVISON *AMENDED*

PETITION FOR WRIT OF HABEAS CORPUS
UNDER 28 U.S.C. § 2241

Federico Garces
PETITIONER
(Full name of Petitioner)

FCI Big Spring
CURRENT PLACE OF CONFINEMENT

vs.

55198-177
PRISONER ID NUMBER

Warden Stearns
RESPONDENT
(Name of TDCJ Director, Warden, Jailor, or authorized person having custody of Petitioner)

1:22-CV-00079-H
CASE NUMBER
(Supplied by the District Court Clerk)

INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten, and signed and dated by the Petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except that ONE separate additional page is permitted in answering question 10.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show

1

that you cannot prepay the fees and costs, <u>and</u> (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only one sentence, conviction, disciplinary proceeding, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petition(s).

6. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices.

7. It is your responsibility to immediately notify the court in writing of any change of address. Failure to notify the court of your change of address could result in the dismissal of your case.

## PETITION

**PLEASE COMPLETE THE FOLLOWING:** (check the appropriate number)
This petition concerns:
1. __ __ pretrial detention;
2. __ __ a conviction;
3. __ __ a sentence;
4. __ __ jail or prison conditions;
5. __ __ a prison disciplinary proceeding;
6. __ __ parole or mandatory supervision;
7. _X_ __ time credits;
8. __ __ other (specify): _____

Have you pursued to completion all relevant state and/or prison administrative remedies relevant to your complaint(s) before filing this petition. Yes   No   If yes, what was the date of the result and the result of any such proceeding. If no, explain why you have not pursued all such remedies. 6-6-2022. No Response as of yet. I have submitted the

Electronic Mail trend that I have submitted time and time again.

2

1. Place of detention: FCI Big Spring

2. State the offense with which you have been charged and whether you have been convicted of the charged offense(s) or whether you are still awaiting trial: Texas

3. Name and location of court in which your case is pending or in which you were convicted: Texas Department of Criminal Justice 364th District Lubbock

    Federal Northern District of Texas 5th Circuit Lubbock Division

4. The criminal docket or case number and the offense(s) for which you have been charged or convicted: TDCJ - 2016-410,396

    Federal - 5:16-CR-00071-C(01)

5. If you have been convicted of the charged offense(s), the date upon which sentence was imposed and the length of the sentence: TDCJ 8/2/2016 (24 Mos), but served until 1/25/2021 for a total of 53.5mos. Federal 1-25-2021 to current, Sentenced to 57mos.

6. Check whether a finding of guilty was made:

    a. after a plea of guilty           _X_

    b. after a plea of not guilty        _ _

    c. after a plea of nolo contendere   _ _

7. If you were found guilty, check whether that finding was made by:

    a. a jury                            _ _

    b. a judge without a jury           _X_

8. Did you appeal from the judgment of conviction or the imposition of sentence?

    Yes        (No)

9. If you did appeal, give the following information for each appeal:

    a. (1) Name of court and docket or case number:
N/A

    (2) Result and date of result: N/A

    (3) Grounds raised (list each):

        (a) N/A

        (b) N/A

        (c) N/A

        (d) N/A

    b. (1) Name of court and docket or case number:
N/A

    (2) Result and date of result: N/A

    (3) Grounds raised (list each):

        (a) N/A

        (b) N/A

        (c) N/A

(d) N/A

10. State concisely every ground on which you claim that you are held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a single page only behind page 6.

   **CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. Do not argue or cite law. Just state the specific facts that support your claim. Legal arguments and citation to cases or law should be presented in a separate memorandum.

   a. **GROUND ONE:**
   Petitioner has not received the time credits that he is entitled to. After numerous attempts there is still no resolution at the BOP Level.

   Supporting facts: Attached the court will find supporting documents that specifically states that any time served in the TDCJ under the case 2016-410,396 will run concurrent with the federal case 5:16-CR-00071-C(01). This was ordered his Honorable Judge Cummings.

   b. **GROUND TWO:**
   N/A

   Supporting facts: N/A

5

c. **GROUND THREE:** N/A

Supporting facts: N/A

d. **GROUND FOUR:** N/A

Supporting facts: N/A

11. Relief sought in this petition: <u>Time served credit for time already served in the TDCJ, or Immidiate Release.</u>

12. Have you filed a previous application or petition for habeas corpus or any other application, petition or motion with respect to the grounds raised in this petition?

    Yes    No

13. If your answer to Question No. 12 is yes, give the following information as to each previous application, petition, or motion:

    a. (1) Name of court and docket or case number: <u>N/A</u>

    (2) Result and date of result: <u>N/A</u>

    (3) Grounds raised (list each):

    (a) <u>N/A</u>

    (b) <u>N/A</u>

    (c) <u>N/A</u>

    (d) <u>N/A</u>

    b. (1) Name of court and docket or case number: <u>N/A</u>

    (2) Result and date of result: <u>N/A</u>

    (3) Grounds raised (list each):

    (a) <u>N/A</u>

7

(b) _N/A_

(c) _N/A_

(d) _N/A_

14. If applicable, state whether you have filed a motion under 28 U.S.C. § 2255, and if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention.
    A §2255 has not been filed

15. Are you presently represented by counsel?        Yes        (No)
    If so, name, address and telephone number of attorney:

16. If you are seeking leave to proceed *in forma pauperis*, have you completed an application setting forth required information?        Yes        (No)

8

Wherefore, Petitioner prays that the Court grant him the relief to which he may be entitled.

N/A
Signature of Attorney (if any)

_____

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on June 9, 2022 (month, day, year).

Executed (signed) on June 10, 2022 (date).

*Federico Harces*
Signature of Petitioner (required)

Petitioner's current address:

FCI Big Spring

1900 Simler Ave

Big Spring TX 79720

_____

9



Federico Garces
55198-177
FCI Big Spring
1900 Simler Ave
Big Spring TX 79720

55198-177
District Clerk
341 PINE ST
Room 2008
Abilene, TX 79601
United States



RECEIVED
JUL 7 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS